**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

**ROBERT CONYERS JR. ex rel.**
**Davon Gillians**
     **Plaintiff,**

**v.**              **CASE NO:5:22-CV-115-TPB-PRL**

**BRYAN ANTONELLI, et al.,**

    **Defendants.**
_____/

<u>**NOTICE OF UNAVAILABILITY**</u>

**PLEASE TAKE NOTICE** that from **July 28 through August 6, 2023** and **September 29 through October 11, 2023** the undersigned will be out of the country and will be unavailable for hearings, depositions, mediations, and/or any other case related activity involving personal or ZOOM appearance.  The undersigned will have extremely limited telephone and/or internet access.

RESPECTFULLY SUBMITTED this 9th day of July, 2023.

                                        */s/ Ethan Andrew Way*
                                        Ethan Andrew Way, B.C.S.
                                        Florida Bar Number:  148199
                                        Post Office Box 10017
                                        Tallahassee, Florida 32302
                                        Tel:    (850) 412-0142
                                        Fax:   (888) 274-7988
                                        e-mail: ethan@waylawfirm.com

                                        Counsel for David Ayers, IV

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by electronic transmission to the parties registered on the CM/ECF system on July 9, 2023.  *PLEASE NOTE: For verification of the date of service, please check the docket entry for this document.*

                                          */s/ Ethan Andrew Way*

                                          Ethan Andrew Way, B.C.S.