UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

ROBERT CONYERS JR., )
as Personal Representative of )
the Estate of DAVON GILLIANS, )
 )
    Plaintiff, )
 )
v. ) Case No. 5:22-cv-115-TPB-PRL
 )
BRYAN ANTONELLI,   et al. )
 )
    Defendants. )
_____ )

**DEFENDANT BRYAN ANTONELLI'S NOTICE TO COURT**
**REGARDING RESPONSE TO PLAINTIFF'S**
**OBJECTION TO REPORT AND RECOMMENDATION**

Defendant Bryan Antonelli ("Mr. Antonelli") hereby provides this Honorable Court with notice that he does not intend to file a separate response to the Plaintiff's written objections to the Report and Recommendation issued on July 20, 2023. *See* Docs. 52, 53. On August 17, 2023, counsel for co-Defendant Kirkendall filed a joint Defendants' response to Plaintiff's Objection to the Report and Recommendation (hereinafter "joint response"), which counsel for Mr. Antonelli co-signed. *See* Doc. 54. A footnote in the joint response indicates that Mr. Antonelli will be filing a separate response, however, Mr. Antonelli has now elected to rely on the joint response filed at Doc. 54, and will not be filing a separate response. Mr. Antonelli believes that the joint response addresses all of the

pertinent issues that the Court must decide in connection with the previously issued Report and Recommendation. Therefore, Mr. Antonelli does not wish to overburden the Court with a duplicative pleading that will essentially contain the same arguments and legal authority as set forth in the joint response already filed at Doc. 54.

WHEREFORE, for the reasons set forth in the joint Defendants' response to Plaintiff's Objection to the Report and Recommendation (Doc. 54), this Honorable Court should adopt Magistrate Judge Lammens' Report and Recommendation, grant Defendants' respective Motions to Dismiss, and dismiss the Amended Complaint in its entirety.

Respectfully submitted on this 17th day of August, 2023.

/s/ *Andrew C. Searle*
**ANDREW C. SEARLE, ESQ.**
Florida Bar No. 0116461
**SEARLE LAW P.A.**
200 East Robinson Street, Suite 1150
Orlando, Florida 32801
Telephone: 407-952-0642
Email: andrew@searle-law.com
Attorney for Bryan Antonelli

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel in this case on August 17, 2023.

>	*/s/ Andrew C. Searle*
>	**ANDREW C. SEARLE, ESQ.**
>	Florida Bar No. 0116461
>	**SEARLE LAW P.A.**
>	200 East Robinson St., Suite 1150
>	Orlando, Florida 32801
>	Telephone: 407-952-0642
>	Email: andrew@searle-law.com
>	Attorney for Bryan Antonelli