IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

No. 23-12898-B

ROBERT CONYERS, JR.,
as personal representative of the
estate of Davon Gillians,

                                                  Plaintiff - Appellant,

versus

AYERS FNU,
KITCHEN FNU,
PERKINS FNU,
MOREY FNU,
KIRKENALL FNU,
Officers, et al.,

                                                  Defendants - Appellees.

Appeal from the United States District Court
for the Middle District of Florida

ORDER: Pursuant to the 11th Cir. R. 42-1(b), this appeal is DISMISSED for want of prosecution because the appellant Robert Conyers, Jr. failed to file an appendix within the time fixed by the rules, effective November 24, 2023.

DAVID J. SMITH
Clerk of Court of the United States Court
of Appeals for the Eleventh Circuit

                                                  FOR THE COURT - BY DIRECTION

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

November 24, 2023

Clerk - Middle District of Florida
U.S. District Court
207 NW 2ND ST
OCALA, FL 34475

Appeal Number: 23-12898-B
Case Style: Robert Conyers, Jr. v. Ayers FNU, et al
District Court Docket No: 5:22-cv-00115-TPB-PRL

The enclosed copy of the Clerk's Order of Dismissal for failure to prosecute in the above-referenced appeal is issued as the mandate of this court. See 11th Cir. R. 41-4. Pursuant to 11th Cir. R. 42-2(c) and 42-3(c), when an appellant fails to timely file or correct a brief or appendix, the appeal shall be treated as dismissed on the first business day following the due date. This appeal was treated as dismissed on 11/23/2023.

Eleventh Circuit Rules 42-2(e) and 42-3(e) govern motions to set aside dismissal and remedy the default. Such motions must be filed within 14 days of the date the clerk issues the Order of Dismissal. Except as otherwise provided by FRAP 25(a) for inmate filings, a motion to set aside dismissal and remedy the default is not timely unless the clerk receives the motion within the time fixed for filing. See FRAP 25(a)(2)(A)(i).

Any pending motions are now rendered moot in light of the attached order.

Clerk's Office Phone Numbers
General Information:    404-335-6100    Attorney Admissions:         404-335-6122
Case Administration:    404-335-6135    Capital Cases:               404-335-6200
CM/ECF Help Desk:       404-335-6125    Cases Set for Oral Argument: 404-335-6141

Enclosure(s)

DIS-2CIV Letter and Entry of Dismissal

# Lisa Fannin

| | |
|---|---|
| **From:** | ecf_help@ca11.uscourts.gov |
| **Sent:** | Friday, November 24, 2023 10:28 AM |
| **To:** | FLMD_EFILE_APPEALS |
| **Subject:** | 23-12898-B Robert Conyers, Jr. v. Ayers FNU, et al "Clerk Order Filed Clerk's Entry of Dismissal Failed to File Appendix" (5:22-cv-00115-TPB-PRL) |

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

## United States Court of Appeals for the Eleventh Circuit

**Notice of Docket Activity**

The following transaction was filed on 11/24/2023

**Case Name:**     Robert Conyers, Jr. v. Ayers FNU, et al
**Case Number:**   23-12898
**Document(s):**   29

**Docket Text:**
ORDER: Pursuant to the 11th Cir. R. 42-1(b), this appeal is DISMISSED for want of prosecution because the appellant Robert Conyers, Jr. failed to file an appendix within the time fixed by the rules

**Notice will be electronically mailed to:**

Clerk - Middle District of Florida, Clerk of Court
Kevin John Darken
Todd A. Foster
James Glober
Andrew Greenlee
Michael Evan Levine
Luke Newman
Andrew Christopher Searle
Melissa Marie Snyder
Morgan Lyle Weinstein
Joshua D. Zelman

**Notice sent via US Mail to:**

Daniel W. Eckhart
Dan Eckhart Law

1

200 E ROBINSON ST STE 1150
ORLANDO, FL 32801

Mark A. Peper
Stewart Tilgham Fox Bianchi & Cain, PA
1 SE 3RD AVE STE 3000
MIAMI, FL 33131-1715

Ethan Andrew Way
Way Law Firm, PA
PO BOX 10017
TALLAHASSEE, FL 32302

The following document(s) are associated with this transaction:
**Document Description:** DIS-2CIV Notice to Counsel/Parties
**Original Filename:** /opt/ACECF/live/forms/ChrisBlair_2312898_10080375_DIS-2CIVLetterandEntryofDismissal_246.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1160056652 [Date=11/24/2023] [FileNumber=10080375-0]
[6201fa7a0e04fee01b10d59291b2aeb4dcdc2a9a32108a3e3bb17b5cc6cc5c3ea4df86422f4a011605a5961677de1f9abee
df6203ecd8775613009cc0c97c2b9]]
**Recipients:**

- Clerk - Middle District of Florida, Clerk of Court
- Kevin John Darken
- Daniel W. Eckhart
- Todd A. Foster
- James Glober
- Andrew Greenlee
- Michael Evan Levine
- Luke Newman
- Mark A. Peper
- Andrew Christopher Searle
- Melissa Marie Snyder
- Ethan Andrew Way
- Morgan Lyle Weinstein
- Joshua D. Zelman

2