# In the
# United States Court of Appeals
# For the Eleventh Circuit

_____

No. 23-12898

_____

ROBERT CONYERS, JR.,
as personal representative of the
estate of Davon Gillians,

                                                  Plaintiff-Appellant,

*versus*

AYERS FNU,
KITCHEN FNU,
PERKINS FNU,
MOREY FNU,
KIRKENALL FNU,
Officers, et al.,

                                                  Defendants-Appellees.

2                          Order of the Court                      23-12898

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 5:22-cv-00115-TPB-PRL

Before BRASHER and ABUDU, Circuit Judges.

BY THE COURT:

    Plaintiff-Appellant Robert Conyers, Jr.'s "Motion to Reinstate Appeal and File Appendix Out of Time" is GRANTED.

    Plaintiff-Appellant must file a compliant appendix within seven days after the entry of this order. If Plaintiff-Appellant does not timely file his appendix within that time, the Clerk's Office is DIRECTED to dismiss this case for want of prosecution.

    The parties have 14 days after the date of this order to file a notice with the Clerk specifying which motions mooted by the dismissal of this appeal, if any, are to be renewed. The time for filing a response to any renewed motion runs from the date the opposing party's notice is docketed. Parties seeking to renew a motion after the 14-day renewal period expires will be required to refile the motion.

## UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

March 12, 2024

Clerk - Middle District of Florida
U.S. District Court
207 NW 2ND ST
OCALA, FL 34475

Appeal Number: 23-12898-DD
Case Style: Robert Conyers, Jr. v. Ayers FNU, et al
District Court Docket No: 5:22-cv-00115-TPB-PRL

The referenced appeal was dismissed.

Enclosed herewith is a copy of this court's order reinstating the appeal.

Appellant's appendix is due 7 days from the date of this letter.

Appellee's brief is due 30 days from the date of this letter.

The parties have 14 days from the date of this order to file a notice with the Clerk specifying which motions mooted by the dismissal of this appeal, **if any**, are to be renewed. The time for filing a response to any renewed motion runs from the date the opposing party's notice is docketed. Parties seeking to renew a motion after the 14-day renewal period expires will be required to refile the motion.

Clerk's Office Phone Numbers
General Information:    404-335-6100     Attorney Admissions:           404-335-6122
Case Administration:    404-335-6135     Capital Cases:                 404-335-6200
CM/ECF Help Desk:       404-335-6125     Cases Set for Oral Argument:   404-335-6141

REINST-1 Court Order Reinstatement

# Lisa Fannin

| | |
|---|---|
| **From:** | ecf_help@ca11.uscourts.gov |
| **Sent:** | Tuesday, March 12, 2024 11:05 AM |
| **To:** | FLMD_EFILE_APPEALS |
| **Subject:** | 23-12898-DD Robert Conyers, Jr. v. Ayers FNU, et al "Court Order Filed Granted by Court Reinstate Appeal" (5:22-cv-00115-TPB-PRL) |

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

## United States Court of Appeals for the Eleventh Circuit

**Notice of Docket Activity**

The following transaction was filed on 03/12/2024

**Case Name:** Robert Conyers, Jr. v. Ayers FNU, et al
**Case Number:** 23-12898
**Document(s):** 33

**Docket Text:**
ORDER: Plaintiff-Appellant Robert Conyers, Jr.'s "Motion to Reinstate Appeal and File Appendix Out of Time" is GRANTED. Plaintiff-Appellant must file a compliant appendix within seven days after the entry of this order. If Plaintiff-Appellant does not timely file his appendix within that time, the Clerk's Office is DIRECTED to dismiss this case for want of prosecution. The parties have 14 days after the date of this order to file a notice with the Clerk specifying which motions mooted by the dismissal of this appeal, if any, are to be renewed. The time for filing a response to any renewed motion runs from the date the opposing party's notice is docketed. Parties seeking to renew a motion after the 14-day renewal period expires will be required to refile the motion. [30] ALB and NGA (See attached order for complete text)

**Notice will be electronically mailed to:**

Clerk - Middle District of Florida, Clerk of Court
Kevin John Darken
Todd A. Foster
James Glober
Andrew Greenlee
Melissa Marie Kwitko
Michael Evan Levine
Luke Newman
Andrew Christopher Searle
Morgan Lyle Weinstein
Joshua D. Zelman

The following document(s) are associated with this transaction:
**Document Description:** REINST-1 Notice to Counsel/Parties
**Original Filename:** /opt/ACECF/live/forms/MichelleDowdell_2312898_10156067_REINST-1CourtOrderReinstatement_199.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1160056652 [Date=03/12/2024] [FileNumber=10156067-1]
[0b048c9d11097874847986e40e4e7fa0c772a62cd95762232c32bc34cdc9ea05f433cff87eb9a89a61547314b1e465809f6
25cc064f3cdcb6db9b59d35873638]]
**Recipients:**

- Clerk - Middle District of Florida, Clerk of Court
- Kevin John Darken
- Todd A. Foster
- James Glober
- Andrew Greenlee
- Melissa Marie Kwitko
- Michael Evan Levine
- Luke Newman
- Andrew Christopher Searle
- Morgan Lyle Weinstein
- Joshua D. Zelman

**Document Description:** Court Order Filed
**Original Filename:** 23-12898 Order for filing.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1160056652 [Date=03/12/2024] [FileNumber=10156067-0]
[542cb6e783c7c4467d007dd189df509dc566f586e16d094e87e313a90cdc73e5a11d523aabe2be07fefa923863eac3497f8
2a474aa7364d741b471d0e6acdff6]]