IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

No. 23-12898-DD

ROBERT CONYERS, JR.,
as personal representative of the
estate of Davon Gillians,

                                                    Plaintiff - Appellant,

versus

AYERS FNU,
KITCHEN FNU,
PERKINS FNU,
MOREY FNU,
KIRKENALL FNU,
Officers, et al.,

                                                    Defendants - Appellees.

Appeal from the United States District Court
for the Middle District of Florida

ORDER: Motion to voluntarily dismiss appeal filed by Appellant Robert Conyers, Jr. is GRANTED by clerk [10192721-2]. Pursuant to FRAP 42 and 11th Cir. R. 42-1(a), the above referenced appeal was duly entered dismissed on this date.

Effective May 03, 2024.

DAVID J. SMITH
Clerk of Court of the United States Court
of Appeals for the Eleventh Circuit

                                                            FOR THE COURT - BY DIRECTION

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

May 03, 2024

Clerk - Middle District of Florida
U.S. District Court
207 NW 2ND ST
OCALA, FL 34475

Appeal Number: 23-12898-DD
Case Style: Robert Conyers, Jr. v. Ayers FNU, et al
District Court Docket No: 5:22-cv-00115-TPB-PRL

The enclosed copy of the Clerk's Order of Dismissal pursuant to the joint stipulation of the parties to dismiss is issued as the mandate of this court.

Any pending motions are now rendered moot in light of the attached order.

<u>Clerk's Office Phone Numbers</u>
General Information:    404-335-6100    Attorney Admissions:          404-335-6122
Case Administration:    404-335-6135    Capital Cases:                404-335-6200
CM/ECF Help Desk:       404-335-6125    Cases Set for Oral Argument:  404-335-6141

Enclosure(s)

DIS-3 Letter and Entry of Dismissal Vol

# Lisa Fannin

| | |
|---|---|
| **From:** | ecf_help@ca11.uscourts.gov |
| **Sent:** | Friday, May 3, 2024 11:54 AM |
| **To:** | FLMD_EFILE_APPEALS |
| **Subject:** | 23-12898-DD Robert Conyers, Jr. v. Ayers FNU, et al "Clerk Order Filed Granted by Supervisor/Clerk Dismiss Appeal Voluntarily" (5:22-cv-00115-TPB-PRL) |

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

## United States Court of Appeals for the Eleventh Circuit

**Notice of Docket Activity**

The following transaction was filed on 05/03/2024

**Case Name:** Robert Conyers, Jr. v. Ayers FNU, et al
**Case Number:** 23-12898
**Document(s):** 46

**Docket Text:**
ORDER: Motion to voluntarily dismiss appeal filed by Appellant Robert Conyers, Jr. is GRANTED by clerk [45]. Pursuant to FRAP 42 and 11th Cir. R. 42-1(a), the above referenced appeal was duly entered dismissed on this date

**Notice will be electronically mailed to:**

Clerk - Middle District of Florida, Clerk of Court
Kevin John Darken
Dan Eckhart
Todd A. Foster
James Glober
Andrew Greenlee
Melissa Marie Kwitko
Michael Evan Levine
Luke Newman
Andrew Christopher Searle
Morgan Lyle Weinstein
Joshua D. Zelman

The following document(s) are associated with this transaction:
**Document Description:** DIS-3 Notice to Counsel/Parties
**Original Filename:** /opt/ACECF/live/forms/KhyriJones_2312898_10195503_DIS-3LetterandEntryofDismissalVol_245.pdf
**Electronic Document Stamp:**

1

[STAMP acecfStamp_ID=1160056652 [Date=05/03/2024] [FileNumber=10195503-0] [183ae13427feaf34bd5952a37fc5bdb5f5d6dcbd702aff99781dc1c8d3a0c4cebaeddb0fe7bc0bf9b3b498002a7f9b8ff4ecb9f12bdaf671544586fe166a1cc0]]

**Recipients:**

- Clerk - Middle District of Florida, Clerk of Court
- Kevin John Darken
- Dan Eckhart
- Todd A. Foster
- James Glober
- Andrew Greenlee
- Melissa Marie Kwitko
- Michael Evan Levine
- Luke Newman
- Andrew Christopher Searle
- Morgan Lyle Weinstein
- Joshua D. Zelman